UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| OLGA BENITEZ ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 13-1539 (ESH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the "Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Pursuant to 28 U.S.C. § 2677" (concurrently filed herein), the parties to the above-captioned action hereby stipulate to the dismissal of the above-captioned action against Defendant, United States of America, with prejudice. Except as provided in the said "Stipulation for Compromise," the parties further stipulate and agree to bear their own fees and costs and, therefore, no other damages, fees or costs are due to or by either party in this action.

Respectfully submitted,

_____
Olga Benitez

6-29-15
Date

VINCENT H. COHEN, JR.
D.C. BAR # 471489
Acting United States Attorney
for the District of Columbia

WILLIAM E. ARTZ
D.C. Bar #346163
William E. Artz P.C.
1700 N. Moore St., Suite 1010
(703) 243-3500
wartz@artzlawfirm.com

_____
Date

*Attorney for the Plaintiff*

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: _____
DERRICK W. GRACE
D.C. BAR #55936
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2574
E-mail: derrick.grace@usdoj.gov

*Attorneys for Defendant*